# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NANCY XU,

    **Plaintiff,**          Case No. 22-12124
                                 HON. DENISE PAGE HOOD

v.

BIG BEAVER SS #205, LLC, et al.,

    **Defendant.**

_____/

## ORDER DISMISSING CASE

On September 26, 2022, Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

                                               s/Denise Page Hood
                                               DENISE PAGE HOOD
                                               United States District Judge

DATED: September 26, 2022