UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY XU,

      Plaintiff,                                 Case No. 2:22-CV-12124-DPH-APP

vs.                                           HON. DENISE PAGE HOOD

BIG BEAVER SS #205, LLC, et al.,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading of the Parties' stipulation that a resolution of this matter has been reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendants Big Beaver SS #205 LLC and Solyco Capital LLC is dismissed with prejudice and without costs, interest or attorney fees to any party, except as may be provided by the Parties' settlement agreement.

This is a final Order which closes the case.

Dated: July 27, 2023                            s/Denise Page Hood
                                                   United States District Judge